IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TROY L. STEVENSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: |
| DINA BLUHM | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### PETITION FOR REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:

The Petition of Dina Bluhm respectfully shows:

1.   On or about March 9, 2006, an action was commenced against the Petitioner in the Superior Court for the District of Columbia entitled *Troy L. Stevenson, et al. v. Dina Bluhm*, Civil Action No.: 06-0001926. Service upon the Petitioner was effected on March 21, 2006 and a copy of the Summons and Complaint are attached hereto as **Exhibits A** and **B,** respectively. (The top of page 2 of the Complaint served on the Defendant was unclear. The copy attached accurately depicts the Complaint as served). Also filed in the Superior Court for the District of Columbia is the Initial Order, Motion to Dismiss, Memorandum of Law in Support of Motion to Dismiss, Request for Hearing, proposed Order and a Notice of Removal to Federal Court, all of which are attached hereto as **Exhibits C, D, E, F, G,** and **H,** respectively. No further proceedings have been had therein to the knowledge of undersigned counsel.

2.   The above-described action is a civil action of which this court has original jurisdiction under the provisions of Title 28, United States Code, Section 1332 and is one which

may be removed to this Court by the Petitioner, Defendant herein, pursuant to the provisions of Title 28, United States Code, Section 1441, in that it is a civil action wherein the matter in controversy exceeds the sum or value of $75,000 and there is a diversity of citizenship between the Plaintiffs, who are citizens of the District of Columbia and the Defendant who resides in and is employed in the state of Maryland.

/s/ Michelle Noorani
Michelle Noorani
Trial Bar No. 478660
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 5th day of April, 2006, that a copy of the foregoing was mailed, postage prepaid, to:

Troy L. Stevenson
1140 North Capitol Street
Apartment 815
Washington, D.C. 20002

*Pro Se*

/s/ Michelle Noorani
Michelle Noorani