# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

TROY L STEVENSON AND ESTATE OF LATRICE TIA STEVENSON
1140 NORTH CAPITOL ST NW #515
WASHINGTON DC 20002

*Plaintiff*

RECEIVED
Civil Clerk's Office
MAR 09 2006
Superior Court of the
District of Columbia
Washington, D.C.

Civil Action No. 06-0001926

DINA BLUHM
GEICO INSURANCE COMPANY
5260 WESTER AVE NW
WASHINGTON DC 20016

*Defendants*

FILED
CIVIL ACTIONS BRANCH
MAR 09 2006
Superior Court
of the District of Columbia
Washington, D.C.

**COMPLAINT**

1. Jurisdiction of this court is founded on D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921.

ON MARCH 16 2005 AROUND 10:30 AM I TELEPHONED GEICO INSURANCE EMPLOYEE DINA BLUHM TO DISCUSS THE POLICY OF LESLEE MEREA, AND WHAT GEICOS OFFER WAS FOR THE WRONGFUL DEATH OF MY DAUGHTER LATRICE TIA STEVENSON. MY TELEPHONE IS A CORDLESS PANASONIC THE HAND SET DID NOT WORK SO WE TALK ON THE SPEAKER PHONE, MY OTHER DAUGHTER TIARA STEVENS WAS PRESENT AT THE TIME. MS DINA BLUHM INFORMED ME THAT GEICO WAS PREPARED TO SETTLE FOR 2,500, FOR BURIAL, I ASKED DINA BLUHM WAS THAT ALL? AND HER REPLY TO ME WAS WHAT DO YOU EXPECT US TO PAY WHEN YOUR DAUGHTER "JUMPED" IN FRONT OF OUR INSURED VEHICLE; I PAUSED IN SHOCK FOR A MOMENT AND TOLD DINA BLUHM THAT, THAT WAS RIDICULOUS.

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 1,600,000 with interest and costs.

Phone:

**DISTRICT OF COLUMBIA, SS**

TROY STEVENSON being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.

_Troy L Stevenson_
(Plaintiff                                    Agent)

Subscribed and sworn to before me this _9th_ day of _March_ _2006_

_____
(Notary Public/Deputy Clerk)

FORM CV(6)-1013/May M
A 3203 wd 290

Replied said the investigation is still going on I slammed down the phone to consul my daughter. This has caused extreme emotional distress in both my daughter and myself, as a result I have not been able to sleep right because I have nightmare about my daughter's death, my loss of appetite has caused me to loss 12 pounds, I am unable to enjoy certain kinds of movies or television shows. My daughter has really been unable to function as well, I enrolled her in McKinney Technology school prior to the accident since then she became so turn apart that she could not do her school work and began to get into trouble at school, her grades and performance dropped to the point the school wrote me a letter informing me that Tiara struggled so badly that were not allowing her to come back this intentional and negligent infliction of emotional distress particularly damaging because I am college educated and my daughter had an unmatched desire to go to college and help us establish a new family tradition and be successful, and it was so disturbing for a parent to hear their child ended their own like