SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TROY L. STEVENSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 2006 CA 001926 B |
| DINA BLUHM | * | Judge Mary A. Gooden-Terrell |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS

Now comes Dina Bluhm, Defendant, by her attorneys, Michelle Noorani and Miles & Stockbridge, P.C., and moves pursuant to D.C. Super. Ct. R. Civ. P. 12(b)(2) and 12(b)(6) to dismiss the Complaint and for reasons therefore, states:

1. The Court lacks personal jurisdiction over the Defendant.

2. The Complaint fails to state a claim upon which relief can be granted:

    (i) The Complaint fails to conform to the pleading requirements of D.C. Super. Ct. R. Civ. P. 8 and 10.

    (ii) To the extent the Complaint alleges a cause of action on behalf of the "Estate of Latrice Tia Stevenson", no such claim exists based on the allegations set forth in the Complaint and the claim is not brought in the name of the legal representative of the estate.

    (iii) The Complaint fails to allege facts sufficient to support a claim for intentional infliction of emotional distress.

WHEREFORE, for the aforegoing reasons, it is prayed that the Complaint be dismissed with costs to be paid by the Plaintiffs.

*[signature]*
Michelle Noorani
Bar No.: 478660
MILES & STOCKBRIDGE, P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Attorneys for Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 30th day of March, 2006, that a copy of the foregoing was mailed, postage prepaid, to:

Troy L. Stevenson
1140 North Capitol Street
Apartment 815
Washington, D.C. 20002

*Pro Se*

*[signature]*
Michelle Noorani

2