## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TROY L. STEVENSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 2006 CA 001926 B |
| DINA BLUHM | * | Judge Mary A. Gooden-Terrell |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST FOR HEARING

Now comes Dina Bluhm, Defendant, by her attorneys, Michelle Noorani and Miles & Stockbridge, P.C., and requests a hearing on her Motion to Dismiss.

/s/ Michelle Noorani
Bar No.: 478660
MILES & STOCKBRIDGE, P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Attorneys for Defendant

BALT01:1069534v1|GEICO-006778|3/30/2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 30th day of March, 2006, that a copy of the foregoing was mailed, postage prepaid, to:

>Troy L. Stevenson
>1140 North Capitol Street
>Apartment 815
>Washington, D.C. 20002
>
>*Pro Se*

Michelle Noorani