SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

TROY L. STEVENSON, et al.         *

    Plaintiffs                            *

v.                                               *      Civil Action No. 2006 CA 001926 B

DINA BLUHM                              *      Judge Mary A. Gooden-Terrell

    Defendant                           *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER

Upon consideration of Defendant's Motion to Dismiss, it is this _____ day of _____, 2006, by the Superior Court for the District of Columbia;

ORDERED,

_____
JUDGE

BALT01:1069534v1|GEICO-006778|3/30/2006