SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TROY L. STEVENSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: 06-0001926 |
| DINA BLUHM | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL TO FEDERAL COURT

Please take notice that a Notice of Removal of the above-captioned action from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia (a copy of which is attached hereto) was duly filed this date in the United States District Court for the District of Columbia.

Michelle Noorani
Bar No.: 478660
MILES & STOCKBRIDGE, P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 5th day of April, 2006, that a copy of the foregoing was mailed, postage prepaid, to:

> Troy L. Stevenson
> 1140 North Capitol Street
> Apartment 815
> Washington, D.C. 20002
>
> *Pro Se*

Michelle Noorani