IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TROY L. STEVENSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: |
| DINA BLUHM | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CERTIFICATE OF STATE COURT FILING**

I, Michelle Noorani, under the penalty of perjury, hereby certify pursuant to Rule 103 (5) (a) of the Local Rules of the United States District Court for the District of Columbia, that the attached represents all filings in the Superior Court for the District of Columbia, Civil Action No. 06-0001926 and that all filings in the Superior Court for the District of Columbia have been filed in the United States District Court for the District of Columbia.

_____
Michelle Noorani
Trial Bar No. 478660
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 5th day of April, 2006, that a copy of the foregoing was mailed, postage prepaid, to:

>Troy L. Stevenson
>1140 North Capitol Street
>Apartment 815
>Washington, D.C. 20002
>
>*Pro Se*

Michelle Noorani