UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TROY L. STEVENSON, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 06-0632 (PLF) |
| DINA BLUHM, | ) | |
| Defendant. | ) | |

ORDER

On April 6, 2006, Dina Bluhm petitioned this Court for removal of an action brought against her in the Superior Court for the District of Columbia by Troy L. Stevenson, et al. According to Local Civil Rule 5.1(e), "the first filing on behalf of a party shall have in the caption the name and full residence address of the party." The petitioner's filing does not contain her address. Furthermore, the caption of the petition names the plaintiffs in this matter as "Troy L. Stevenson, et al.," without the names of each plaintiff or address of any plaintiffs. Because the petitioner requests removal of this case based on diversity of citizenship under 28 U.S.C. 1332, the Court must have this information to determine the citizenship of each party and whether there exists complete diversity between all parties.

Accordingly, it is hereby

ORDERED that petitioner shall, on or before April 24, 2006, file an amended petition that complies with Local Civil Rule 5.1, and all other relevant Local and Federal Civil Rules of Procedure, by including the petitioner's address, the name of each plaintiff, and the address of each plaintiff.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: April 7, 2006