# MILES & STOCKBRIDGE P.C.

**Michelle Noorani**
410-385-3878
mnoorani@milesstockbridge.com

April 10, 2006

Civil Clerk
United States District Court
    for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

        *Re:*    *Troy L. Stevenson, et al. v. Dina Bluhm*
              *Case No.:  1:06-cv-00632*

Dear Mr./Ms. Clerk:

      Attached please find an Amended Petition for Removal which includes the full caption and addresses for Plaintiffs and Defendant, pursuant to Local Rule 5.1(e).  Please accept this for filing in the above-captioned matter.  (Please note that the exhibits are not attached to the Amended Petition as they were filed with the original Petition).

      Thank you for your assistance in this matter.

                  Very truly yours,

                  Michelle Noorani

MN/ksm

cc:    Mr. Troy L. Stevenson