IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TROY L. STEVENSON<br>1140 North Capitol Street<br>Apartment 815<br>Washington, D.C. 20002 | *<br><br>* | |
| and | * | |
| ESTATE OF LATRICE TIA STEVENSON<br>1140 North Capitol Street<br>Apartment 815<br>Washington, D.C. 20002 | *<br><br>* | Civil Action No.: 1:06-cv-00632 |
| | * | The Honorable Paul L. Friedman |
| Plaintiffs | * | Deck Type: Personal Injury/Malpractice |
| v. | * | |
| DINA BLUHM<br>20725 Highland Hall Drive<br>Montgomery Village, Maryland 20886<br>(HOME) | *<br><br>* | |
| 5260 Western Avenue<br>Chevy Chase, Maryland 20815<br>(BUSINESS) | *<br><br>* | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED PETITION FOR REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:

The Petition of Dina Bluhm respectfully shows:

1. On or about March 9, 2006, an action was commenced against the Petitioner in the Superior Court for the District of Columbia entitled *Troy L. Stevenson, et al. v. Dina Bluhm*, Civil Action No.: 06-0001926. Service upon the Petitioner was effected on March 21, 2006 and a copy

of the Summons and Complaint are attached to the original Petition for Removal as **Exhibits A** and **B,** respectively. (The top of page 2 of the Complaint served on the Defendant was unclear. The copy attached accurately depicts the Complaint as served). Also filed in the Superior Court for the District of Columbia is the Initial Order, Motion to Dismiss, Memorandum of Law in Support of Motion to Dismiss, Request for Hearing, proposed Order and a Notice of Removal to Federal Court, all of which were attached to the original Petition for Removal as **Exhibits C, D, E, F, G,** and **H,** respectively. No further proceedings have been had therein to the knowledge of undersigned counsel.

2. The above-described action is a civil action of which this court has original jurisdiction under the provisions of Title 28, United States Code, Section 1332 and is one which may be removed to this Court by the Petitioner, Defendant herein, pursuant to the provisions of Title 28, United States Code, Section 1441, in that it is a civil action wherein the matter in controversy exceeds the sum or value of $75,000 and there is a diversity of citizenship between the Plaintiffs, who are citizens of the District of Columbia and the Defendant who resides in and is employed in the state of Maryland.

Michelle Noorani
Trial Bar No. 478660
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 10th day of April, 2006, that a copy of the foregoing was served electronically and/or by first class mail, postage prepaid, to:

>Troy L. Stevenson
>1140 North Capitol Street
>Apartment 815
>Washington, D.C. 20002
>
>*Pro Se*

                                                                    _____
                                                                    Michelle Noorani