## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TROY L. STEVENSON, et al.                *

      Plaintiffs                           *

v.                                       *       Civil Action No.:  1:06-cv-00632

DINA BLUHM                               *       The Honorable Paul L. Friedman

      Defendant                            *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## LOCAL RULE 16.3 JOINT REPORT

Troy L. Stevenson and the Estate of Latrice Tia Stevenson, *pro se*, and Dina Bluhm, Defendant, by Michelle Noorani and Miles & Stockbridge P.C., her counsel, file this Joint Report pursuant to Local Rule 16.3:

    1.    **LIKELY DISPOSAL BY DISPOSITIVE MOTION**

Defendant Dina Bluhm has filed a dispositive Motion that has not been opposed. The parties agree that discovery should await a decision on the Motion.  As indicated in paragraph 2, it appears that additional Plaintiffs and an additional Defendant may be added. The currently pending Motion has not been opposed but at the meet and confer conference of April 28, 2006, the Plaintiff advised that he had filed a motion for extension of time.  No notice of that has been provided to defense counsel nor has a copy been received by mail. Ultimately, the Defendant (or Defendants) believe that a dispositive motion is appropriate.

2.      **ADDITIONAL PARTIES**

The Plaintiffs filed an Amended Complaint on April 24, 2006 styled as *Troy Lamont Stevenson and Darlene Middleton as Personal Representatives, Tiara Latisha Stevenson and the Estate of Latrice Tia Stevenson v. Dina Bluhm and G.E.I.CO (sic).* Apparently, the Amended Complaint was meant to be filed in this action but was erroneously filed in a companion case, *Stevenson, et al. v. McRea,* Civil Action No. 06 0642. The parties discussed these issues at a meet and confer conference on April 28, 2006 and hope to resolve the issues at the status conference scheduled for May 4, 2006.

3.      **MAGISTRATE JUDGE**

The parties cannot agree that the case should be assigned to a Magistrate Judge for all purposes.

4.      **SETTLEMENT**

There is no realistic possibility of settlement at this time.

5.      **ADR**

The parties agree that ADR is not appropriate at this time but may be appropriate depending on the outcome of the currently pending dispositive motion.

6.      **RESOLUTION BY SUMMARY JUDGMENT OR MOTION TO DISMISS**

The Defendant, Dina Bluhm, has filed a Motion to Dismiss on or about March 30, 2006, and has raised issues of personal jurisdiction and failure to state a claim. As indicated in paragraph 2 above, no opposition has been filed but the Plaintiff advises that a motion for extension of time has been filed. The Defendant believes that the case will be resolved by dispositive motion.

7.    **26(a)(1) INITIAL DISCLOSURES**

The parties agree that the Rule 26(a)(1) initial disclosures should be dispensed with.

8.    **DISCOVERY**

The parties anticipate written discovery and depositions.  The parties further agree that written discovery requests should be filed within 15 days after the Defendant's Motion to Dismiss is decided.  Responses to written discovery should be filed within 45 days thereafter and all depositions should be concluded within 120 days of the Court's decision on the Defendant's Motion to Dismiss.

9.    **EXPERTS**

The parties request that the Plaintiffs' expert designation be filed within 60 days after the Motion to Dismiss is decided.  Defendant's expert designation should be filed 30 days thereafter.

10.    **CLASS ACTIONS**

This matter is not filed as a class action.

11.    **DISCOVERY/BIFURCATION**

There is no need to bifurcate discovery in this matter.

12.    **PRE-TRIAL CONFERENCE**

The parties would request a pre-trial conference 30 days after the close of discovery.

13.    **TRIAL DATE**

The parties would request that a firm trial date be set at the time of the pre-trial conference.

14.    **OTHER MATTERS**

There are no other matters for inclusion in the Scheduling Order at this time.

_/s/ Troy L. Stevenson_____
Troy L. Stevenson
1140 North Capitol Street
Apartment 815
Washington, D.C. 20002
(202) 408-5498
kebedex@yahoo.com

_/s/ Michelle Noorani_____
Michelle Noorani
Trial Bar No.:  478660
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464 (telephone)
(410) 385-3700 (fax)
mnoorani@milesstockbridge.com