IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TROY L. STEVENSON, et al. | * | |
|     Plaintiffs | * | |
| v. | * | Civil Action No.: 1:06-cv-00632 |
| DINA BLUHM | * | The Honorable Paul L. Friedman |
|     Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please **enter** the appearance of George M. Church as additional counsel in this case for Defendant Dina Bluhm.

 

_/s/_
Michelle Noorani
Trial Bar No.: 478660
George M. Church
Trial Bar No.: MD00133
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 385-3839 (telephone)
(410) 385-3700 (fax)
gchurch@milesstockbridge.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 2nd day of May, 2006, that a copy of the foregoing was served electronically and/or by first class mail, postage prepaid, to:

>Troy L. Stevenson
>1140 North Capitol Street
>Apartment 815
>Washington, D.C. 20002
>
>*Pro Se*

_____
Michelle Noorani