## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TROY L. STEVENSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.:  1:06-cv-00632 |
| DINA BLUHM | * | The Honorable Paul L. Friedman |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please **enter** the appearance of George M. Church as additional counsel in this case for Defendant Dina Bluhm.

George M. Church
Trial Bar No.:  MD00133
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 385-3839 (telephone)
(410) 385-3700 (fax)
gchurch@milesstockbridge.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY, that on this 3rd day of May, 2006, that a copy of the

foregoing was served electronically and/or by first class mail, postage prepaid, to:

Troy L. Stevenson
1140 North Capitol Street
Apartment 815
Washington, D.C. 20002

*Pro Se*

_____
George M. Church