UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
TROY L. STEVENSON, et al.,          )
                                    )
        Plaintiffs,              )
                                    )
    v.                            )   Civil Action No. 06-0632 (PLF)
                                    )
DINA BLUHM,                         )
                                    )
        Defendant.               )
_____)

ORDER

       The parties came before the Court on May 4, 2006 for a meet and confer status conference. Plaintiff Troy L. Stevenson, proceeding *pro se*, also brings suit in a separate action, Civil Action Number 06-0642, against Leslee McRea and GEICO Insurance Company. An amended complaint was filed in that case on April 24, 2006. According to Mr. Stevenson, he intended to file that amended complaint in the instant action, and only mistakenly filed it in the Civil Action Number 06-0642 case against Ms. McRea and GEICO.[1] The proposed amended complaint would add GEICO Insurance Company as a party to this suit. Counsel for defendant Bluhm raised no objection to the addition of GEICO as a defendant and waived service of process, indicating that he will file a motion to dismiss on behalf of GEICO (which employs defendant Bluhm).

---

[1] Mr. Stevenson further indicated that he intends to dismiss GEICO as a defendant in the 06-0642 case.

The caption of plaintiff's amended complaint reads "Troy Lamont Stevenson and, Darlene Middleton as Personal Representatives, Tiara Latisha Stevenson and the Estate of Latrice Tia Stevenson."  As discussed at the status conference, the facts involved in the instant case involved a telephone call between Ms. Bluhm, a GEICO employee, Mr. Stevenson, and his daughter Tiara Latisha Stevenson.  Defendant Bluhm raised the issue that these plaintiffs were appropriate to the 06-0632 action, involving a wrongful death suit, whereas the proper plaintiffs in instant action are the two persons present on the phone call in this case – Mr. Stevenson and Tiara Stevenson.  Mr. Stevenson agreed to this.

Defendant Bluhm filed a motion to dismiss this case in the Superior Court of District of Columbia prior to removing the case to this Court.  Plaintiff has also filed a motion to appoint counsel that is currently under consideration by the Court pending the plaintiff submitting a financial affidavit in support of his motion.  Based on the parties representations at the meet and confer status conference, it is hereby

ORDERED that the plaintiff's amended complaint, originally filed in Civil Action Number 06-0642 [Docket No. 6] shall be filed in the instant case and accepted by the Court as the amended complaint;  it is

FURTHER ORDERED that the Estate of Latrice Tia Stevenson and Darlene Middleton as Personal Representative of that Estate shall be dismissed as plaintiffs from this action;  it is

FURTHER ORDERED that plaintiff's response to the pending motion to dismiss and any other motions filed by the defendants are stayed until further order of this Court; and it is

FURTHER ORDERED that a status conference is set for June 19, 2006 at 9:30 a.m.

SO ORDERED

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: May 8, 2006