IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TROY L. STEVENSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: 1:06-cv-00632 |
| DINA BLUHM | * | The Honorable Paul L. Friedman |
| Defendant | * | |

\* \* \* \* \* \* \*

| | | |
|---|---|---|
| TROY L. STEVENSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: 1:06-cv-00642 |
| LESLEE B. McREA, et al. | * | The Honorable Paul L. Friedman |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION TO CONTINUE

Now comes Dina Bluhm, Defendant, by George M. Church and Miles & Stockbridge P.C., her attorneys, and requests a postponement of the status conference scheduled for June 19, 2006, and for her cause of action, states:

1.  At the status conference on May 4, 2006, a follow-up status conference was scheduled for Monday, June 19, 2006, subject to the availability of counsel.

2.  Counsel for the Defendant, Dina Bluhm, is unavailable on June 19th but has confirmed the availability of other counsel for June 28, 2006 and July 5, 2006.

1

WHEREFORE, it is prayed that the status conference scheduled for June 19, 2006, be rescheduled to either June 28, 2006 or July 5, 2006.

/s/ George M. Church
George M. Church
Trial Bar No.: MD00133
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 385-3839 (telephone)
(410) 385-3700 (fax)
gchurch@milesstockbridge.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 8th day of May, 2006, that a copy of the foregoing was served electronically and/or by first class mail, postage prepaid, to:

Troy L. Stevenson
1140 North Capitol Street
Apartment 815
Washington, D.C. 20002

*Pro Se*

James M. Brault, Esquire
BRAULT GRAHAM LLC
101 S. Washington Street
Rockville, Maryland 20850

Attorney for Defendant
Leslee B. McRea

/s/ George M. Church
George M. Church