IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TROY L. STEVENSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: 1:06-cv-00632 |
| DINA BLUHM | * | The Honorable Paul L. Friedman |
| Defendant | * | |

\*  \*  \*  \*  \*  \*  \*

| | | |
|---|---|---|
| TROY L. STEVENSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: 1:06-cv-00642 |
| LESLEE B. McREA, et al. | * | The Honorable Paul L. Friedman |
| Defendant | * | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## ORDER

Upon consideration of the Consent Motion for Continuance it is this _____ day of _____, 2006, by the United States District Court for the District of Columbia;

ORDERED, that the status conference scheduled for June 19, 2006, be postponed and rescheduled to _____.

_____
Paul L. Friedman, Judge