# Exhibit C

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

TROY L. STEVENSON, et al.    *

    Plaintiffs    *

v.    *    Civil Action No.: 06-0001926

DINA BLUHM    *

    Defendant    *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## AFFIDAVIT

1. My name is Dina Bluhm and I am a Defendant in the above-captioned case. I am over eighteen years of age, am competent to testify and have personal knowledge of the facts contained herein.

2. I am the Defendant in the lawsuit styled as *Troy L. Stevenson, et al. v. Dina Bluhm*. I have read the allegations of the Complaint.

3. I live in the State of Maryland.

4. I am employed as a claims examiner by GEICO Insurance Company and my place of employment is located in Chevy Chase, Maryland.

5. As part of my employment, I was assigned to handle claims arising out of a motor vehicle accident which occurred on March 8, 2005, at which time a vehicle operated by GEICO policyholder, Leslee McRae collided with a pedestrian, Latrice Tia Stevenson, resulting in the unfortunate death of Ms. Stevenson on March 9, 2005.

6. I was physically located in the state of Maryland at the time of all telephone conversations I had with Mr. Stevenson in connection with the claim. According to the

claim records, my first conversation with Mr. Stevenson occurred on March 28, 2005. I deny making the statement alleged to have been made by me in the Complaint.

7.  I do not regularly do business or solicit business in the District of Columbia.

8.  I do not engage in any other persistent course of conduct in the District of Columbia.

9.  I do not derive substantial revenue from goods used or consumed or services rendered in the District of Columbia.

10. I do not have an interest in, use of, nor do I possess real property in the District of Columbia.

11. I have not contracted to insure or act as a surety for any person, property or risk to be performed within the District of Columbia.

I DO SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY, and upon personal knowledge that the contents of the foregoing paper are true.

_____
Dina Bluhm