IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TROY L. STEVENSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: 1:06-cv-00632 |
| DINA BLUHM<br>and GEICO General Insurance Company<br>(incorrectly named as "G.E.I.CO") | *<br><br>* | The Honorable Paul L. Friedman |
| Defendants | * | |

* * * * * * *

| | | |
|---|---|---|
| TROY L. STEVENSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: 1:06-cv-00642 |
| LESLEE B. McREA[1], et al. | * | The Honorable Paul L. Friedman |
| Defendant | * | |

* * * * * * * * * * * *

## ORDER

Upon consideration of Defendants GEICO General Insurance Company (incorrectly named as "G.E.I.CO") and Dina Bluhm's Motion to Dismiss, it is this _____ day of _____, 2006, by the United States District Court for the District of Columbia,

ORDERED, that the Motion is granted and the Amended Complaint is dismissed.

_____
Paul L. Friedman, Judge

---

[1] Incorrectly spelled. Correct spelling of Defendant's last name is McRae.