UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY L. STEVENSON, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>DINA BLUHM, et al.,<br><br>   Defendants. | Civil Action No. 06-0632 (PLF) |
| TROY L. STEVENSON, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>LESLEE MCREA,<br><br>   Defendants. | Civil Action No. 06-0642 (PLF) |

**MOTION FOR WITHDRAWAL FROM APPOINTMENT AS
COUNSEL, STATEMENT OF POINTS AND AUTHORITIES,
AND PROPOSED ORDER**

Gordon L. Lang respectfully moves, pursuant to Local Civil Rule 83.11(b)(6)(A)(iv), to be relieved of the appointment as counsel in the above-referenced actions, on the ground that because of the temporary burden of other professional commitments, Movant lacks the time necessary to represent the party.

In support of this motion, Movant submits the Statement of Points and Authorities, which follows below, and the attached proposed Order.

W727343.1

## STATEMENT OF POINTS AND AUTHORITIES

1. Movant is a member of this Court's Civil Pro Bono Panel.

2. A letter dated May 22, 2006 provided notice of Movant's appointment as counsel for Plaintiff in the above-captioned cases.

3. Movant was out of town for professional commitments during the week of May 22, and learned of the notice of appointment on May 30.

4. Local Civil Rule 83.11(b)(6)(A)(iv) provides that an appointed attorney may, upon motion within 30 days of receiving notice of appointment, be relieved of an appointment when "because of the temporary burden of other professional commitments, the attorney lacks the time necessary to represent the party."

5. The cases at issue are consolidated for discovery, but the facts at issue in each lawsuit are unrelated and will not be consolidated for trial. Order Dated May 19, 2006 at p. 2, n.1 (Doc. 11 in 6-CV-642). One of the cases is a claim for damages resulting from the death of Plaintiff Stevenson's daughter in an automobile accident. The other concerns a separate claim for damages against an insurer and one of its employees for emotional distress. Movant has reviewed court papers in the two actions and twice spoken with Plaintiff Troy L. Stevenson.

6. Movant respectfully represents that, due to the temporary burden of other professional commitments, Movant lacks the time necessary to represent Plaintiff in these two actions. Movant has so advised Mr. Stevenson, and told Mr. Stevenson that Movant would be making this Motion.

Therefore, Movant respectfully requests relief from appointment as counsel in these actions.

W727343.1

                                                                    Respectfully submitted,

Dated: *June 2, 2006*  _____
                                                                    Gordon L. Lang (D.C. Bar #932731)
                                                                    Nixon Peabody LLP
                                                                    401 Ninth Street, N.W., Suite 900
                                                                    Washington, D.C. 20004-2128
                                                                    Telephone: 202-585-8319

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY L. STEVENSON, et al., )<br>)<br>      Plaintiffs, )<br>)<br>v. )<br>)<br>DINA BLUHM, et al., )<br>)<br>      Defendants. )<br>) | Civil Action No. 06-0632 (PLF) |
| TROY L. STEVENSON, et al., )<br>)<br>      Plaintiffs, )<br>)<br>v. )<br>)<br>LESLEE MCREA, )<br>)<br>      Defendants. )<br>) | Civil Action No. 06-0642 (PLF) |

## ORDER

It is hereby Ordered under Local Civil Rule 83.11(b)(6)(A)(iv) that Gordon L. Lang is relieved of appointment as counsel in this action.

_____
PAUL L. FRIEDMAN
United States District Judge

Dated:

W727343.1

## Certificate of Service

I certify that I served the foregoing on Plaintiff Troy L. Stevenson by causing a copy thereof to be deposited in the U.S. Mail, first-class postage prepaid, addressed to:

> Mr. Troy L. Stevenson
> 1140 North Capitol Street, N.W.
> Apartment 815
> Washington, D.C. 20002
>
> Ms. Darlene Middleton
> 900 Varney Street, S.E., #3
> Washington, D.C. 20032

on this 2/ day of June, 2006.

_____
Gordon L. Lang

W727343.1