IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TROY L. STEVENSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: 1:06-cv-00632 |
| DINA BLUHM<br>and GEICO General Insurance Company<br>(incorrectly named as "G.E.I.CO") | *<br><br>* | The Honorable Paul L. Friedman |
| Defendants | * | |

\* \* \* \* \* \* \*

| | | |
|---|---|---|
| TROY L. STEVENSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: 1:06-cv-00642 |
| LESLEE B. McREA[1], et al. | * | The Honorable Paul L. Friedman |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO PRESERVE EVIDENCE

Now come Defendants, GEICO General Insurance Company and Dina Bluhm, by their attorney, George M. Church, and in accord with the Minute Order entered by the Court on June 28, 2006, move for an Order requiring the Plaintiffs to preserve the tape recording device, the tape recorded conversation at issue in this case and any other recorded conversation between either Plaintiff and any agent,

---

[1] Incorrectly spelled. Correct spelling of Defendant's last name is McRae.

servant or employee of GEICO General Insurance Company, and for their reasons, state:

1. The Plaintiffs have filed an Amended Complaint alleging that the Defendants are liable to them for intentional infliction of emotional distress arising out of a telephone conversation alleged to have occurred on March 16, 2005, between the Plaintiffs and Dina Bluhm.  Plaintiff Troy L. Stevenson, has acknowledged that he recorded the telephone conversation.  The issue of the tape recording was discussed at status conferences on May 4, 2006 and June 28, 2006 in front of the Honorable Paul L. Friedman.  In order to protect and preserve the tape recording of the conversation, Defendants file this Motion and request an Order which requires the Plaintiffs to take all reasonable steps to protect and preserve the tape recorded conversation and the digital recording device upon which it was recorded.  To the extent any other conversation between either Plaintiff and any agent, servant or employee of GEICO General Insurance Company were recorded, Defendants request that such recording be included as well.

WHEREFORE, it is prayed that the Motion be granted.

*/s/ George M. Church*
George M. Church
Trial Bar No.:  MD00133
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 385-3839 (telephone)
(410) 385-3700 (fax)
gchurch@milesstockbridge.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 29th day of June, 2006, that a copy of the foregoing was served electronically and/or by first class mail, postage prepaid, to:

> Leslie Machado, Esquire
> Nixon Peabody, LLP
> 401 9th Street, N.W.
> Suite 900
> Washington, D.C. 20004
>
> Attorney for Plaintiffs
>
>
> James M. Brault, Esquire
> BRAULT GRAHAM LLC
> 101 S. Washington Street
> Rockville, Maryland 20850
>
> Attorney for Defendant
> Leslee B. McRae

/s/ George M. Church
George M. Church
