IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TROY L. STEVENSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: 1:06-cv-00632 |
| DINA BLUHM and GEICO General Insurance Company (incorrectly named as "G.E.I.CO") | * * | The Honorable Paul L. Friedman |
| Defendants | * | |

\* \* \* \* \* \* \*

| | | |
|---|---|---|
| TROY L. STEVENSON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: 1:06-cv-00642 |
| LESLEE B. McREA², et al. | * | The Honorable Paul L. Friedman |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendants' Motion to Preserve Evidence, it is this

\_\_\_\_ day of _____, 2006, by the United States District Court for the District

of Columbia;

ORDERED, that Plaintiff Troy L. Stevenson take all reasonable steps to

preserve and protect the audio recording of the recorded conversation at issue, the

---

² Incorrectly spelled. Correct spelling of Defendant's last name is McRae.

device upon which it was recorded and any other recorded conversations between either Plaintiff and any agent, servant or employee of GEICO General Insurance Company.

_____
JUDGE