UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
TROY L. STEVENSON, et al.,          )
                                    )
            Plaintiffs,             )
                                    )
      v.                            )   Civil Action No. 06-0632  (PLF)
                                    )
DINA BLUHM                          )
and GEICO GENERAL INSURANCE CO.,    )
                                    )
            Defendants.             )
_____)

ORDER

Defendant filed a motion to preserve evidence on June 29, 2006. Local Civil Rule 7(b) prescribes the time limits for the filing of an opposition to such a motion:

> Within 11 days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded.

That time has passed and plaintiffs have filed no response. Accordingly, it is hereby

ORDERED that, within five days from the date of this Order, plaintiffs shall show cause in writing why the Court should not treat defendant's motion as conceded and grant it.

SO ORDERED.

                                    _____/s/_____
                                    PAUL L. FRIEDMAN
                                    United States District Judge

DATE: July 20, 2006