**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TROY L. STEVENSON, *et al.*,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　　　　　- vs -<br><br>DINA BLUHM AND G.E.I.C.O.,<br><br>　　　　　　　　　　　　　　Defendants. | Civil Action No.:<br>06-632 (PLF) |

## PLAINTIFFS' RESPONSE TO PLAINTIFF'S DEFENDANTS' MOTION TO PRESERVE EVIDENCE

Plaintiffs Troy L. Stevenson and Tiara Latisha Stevenson (together "plaintiffs"), by counsel, respectfully submit this Response to Defendants' Motion to Preserve Evidence.

Plaintiffs do not oppose the relief requested in Defendants' Motion to Preserve Evidence.

Dated: July 28, 2006　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　Leslie Paul Machado (Bar No. 472395)
　　　　　　　　　　　　　　　John W. Bramlette (*admitted pro hac vice*)
　　　　　　　　　　　　　　　NIXON PEABODY LLP
　　　　　　　　　　　　　　　401 Ninth Street, N.W., Suite 900
　　　　　　　　　　　　　　　Washington D.C.  20004
　　　　　　　　　　　　　　　(202) 585-8000 (phone)
　　　　　　　　　　　　　　　(202) 585-8080 (facsimile)
　　　　　　　　　　　　　　　lmachado@nixonpeabody.com
　　　　　　　　　　　　　　　jbramlette@nixonpeabody.com

　　　　　　　　　　　　　　　***Counsel for Plaintiffs Troy L. Stevenson and Tiara Latisha Stevenson***

10056233.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2006, I caused a copy of the foregoing document to be filed with the Court, via the Court's ECF system, which will send copies to the following counsel of record:

George M. Church, Esq.
Michelle Noorani, Esq.
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland  21202


_____/s/_____
Leslie Paul Machado

10056233.1