IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY L. STEVENSON, *et al.*,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　　　- vs -<br><br>DINA BLUHM AND G.E.I.C.O.,<br><br>　　　　　　　　　　　　Defendants. | Civil Action No.:<br>06-632 (PLF) |

## ORDER

Upon consideration of Defendants' Motion to Dismiss; Plaintiffs' Opposition thereto; and Defendants' Reply; and for good cause shown; it is hereby **ORDERED** this \_\_\_ day of _____, 2006, that the motion is **DENIED;** and it is

**FURTHER ORDERED** that the parties shall meet and confer and submit a Joint Rule 16.3 Report within twenty (20) days of this Order.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Paul L. Friedman
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge for the District
　　　　　　　　　　　　　　　　　　　　　　　　of Columbia

Copies to:

Leslie Paul Machado, Esq.
John W. Bramlette, Esq.
NIXON PEABODY LLP
401 Ninth Street, N.W., Suite 900
Washington, D.C. 20004

George M. Church, Esq.
Michelle Noorani, Esq.
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland  21202

10058027.2