UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
TROY L. STEVENSON, et al.,          )
                                    )
            Plaintiffs,             )
                                    )
    v.                              )   Civil Action No. 06-0632  (PLF)
                                    )
DINA BLUHM                          )
and GEICO GENERAL INSURANCE CO.,    )
                                    )
            Defendants.             )
_____)

ORDER

On June 29, 2006, defendants filed a motion to preserve evidence requesting that plaintiff Troy L. Stevenson take all reasonable steps to preserve and protect the audio recording of the recorded conversation at issue in this action, the device upon which it was recorded, and any other recorded conversations between either plaintiff and any agent, servant or employee of GEICO General Insurance Company.  Thereafter, this Court ordered plaintiffs to respond to defendants' motion, and on July 21, 2006, plaintiffs filed a response stating that they did not oppose the relief requested.  Accordingly, it is hereby

ORDERED that plaintiff Troy L. Stevenson shall take all reasonable steps to preserve and protect the audio recording of the recorded conversation at issue in this action, the device upon which it was recorded, and any other recorded conversations between either plaintiff and any agent, servant or employee of GEICO General Insurance Company

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: July 28, 2006