UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
TROY L. STEVENSON                   )
and TIARA LATISHA STEVENSON,        )
                                    )
       Plaintiffs,                  )
                                    )
       v.                           )   Civil Action No. 06-0632  (PLF)
                                    )
DINA BLUHM                          )
and GEICO GENERAL INSURANCE CO.,    )
                                    )
       Defendants.                  )
_____)


ORDER

For the reasons stated in the Memorandum Opinion issued this same day, it is hereby

ORDERED that defendants' motion to dismiss plaintiffs' amended complaint [13] is GRANTED; it is

FURTHER ORDERED that this case is DISMISSED from the docket of this Court, and it is

FURTHER ORDERED that this Order shall constitute a FINAL JUDGMENT in this case. This is a final appealable order. See Rule 4(a), Fed. R. App. P.

SO ORDERED.


                                         ____/s/_____
                                         PAUL L. FRIEDMAN
DATE: October 31, 2006             United States District Judge