# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

TROY L STEVENSON
And TIARA LATISHA STEVENSON
    Plaintiff

vs.    Civil Action No. 06-0632 (PLF)

DINA BLUHM
And GEICO GENERAL INSURANCE CO
    Defendant

## NOTICE OF APPEAL

Notice is hereby given this 27 day of NOVEMBER, 2006, that PLAINTIFFS TROY L STEVENSON AND TIARA LATISHA STEVENSON hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 31 day of OCTOBER, 2006 in favor of DEFENDANTS against said DINA BLUHM AND GEICO GENERAL INSURANCE CO

_Troy L Stevenson_
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

DINA BLUHM AND GEICO GENERAL INSURANCE CO
AND GEORGE M CHURCH ATTORNEY FOR DEFENDANTS
MILES AND STOCKBRIDGE PC
10 LIGHT STREET
BALTIMORE, MARYLAND 21202-1487

CLERK
NANCY M. MAYER-WHITTINGTON
2006 NOV 27 PM 2:40
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
RECEIVED