# United States Court of Appeals
### For The District of Columbia Circuit

| | |
|---|---|
| **No. 06-7205** | **September Term, 2006** |
| | 06cv00632 |

**Filed On:**

Troy L. Stevenson,
    Appellant

v.

Dina Bluhm and Government Employees Insurance Company,
    Appellees



## ORDER

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of appellant's motion for leave to proceed on appeal in forma pauperis *filed on November 27, 2006*.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

FOR THE COURT:
Mark J. Langer, Clerk

BY: *[signature]*
Elizabeth V. Scott
Deputy Clerk